**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  04-CV-01781-MSK-OES

BERNADETTE LOBATO, on behalf herself and all others similarly situated.

Plaintiff(s),

v.

STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation,

Defendant(s).

---

**PROPOSED ORDER REGARDING STIPULATED CONFIDENTIALITY AGREEMENT
AND ORDER**

---

It is hereby ORDERED that the Stipulated Confidentiality Agreement, tendered to the Court on August 22,  2005, is GRANTED and made an Order of Court.

Date: August 22, 2005.

BY THE COURT:


s/ O. Edward Schlatter_____
United States Magistrate Judge