IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-01781-MSK-OES

BERNADETTE LOBATO, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation,

    Defendant.

---

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**

---

The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **November 16, 2005 at 8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The matter is set for a non-evidentiary hearing of not more than 15 minutes. Counsel shall *bring their calendars.*

The parties shall be prepared to address the Defendant's Motion to Bifurcate Trial and Amend Scheduling Order **(#39)**.

Dated this 12th day of October, 2005.

                                          **BY THE COURT:**

                                          */s/ Marcia S. Krieger*

                                          Marcia S. Krieger
                                          United States District Judge