IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01781-MSK-MEH

BERNADETTE LOBATO, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation,

    Defendant.

_____

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
_____

    THE COURT, having reviewed Amended Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment **(#56)**, and being fully advised herein, HEREBY GRANTS said Motion. Plaintiff's Response to Defendant's Motion for Summary Judgment is due on June 8, 2006. No further extension will be granted.

    Dated this 24th day of May 2006.

                                              **BY THE COURT:**

                                              */s/ Marcia S. Krieger*
                                              _____

                                              Marcia S. Krieger
                                              United States District Judge